IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSE ANGEL REYES and<br>CHELSEY SKEAHAN,<br><br>    Defendants. | 8:14CR287<br><br>ORDER |

  This matter is before the court on the motions for an extension of time by defendant Jose Angel Reyes (Reyes) (Filing No. 23).  Reyes seeks an extension until November 17, 2014, in which to file pretrial motions in accordance with the progression order.  Reyes' counsel represents Reyes will file an affidavit wherein he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act.  Upon consideration, the motion will be granted and the pretrial motion deadline will be extended as to both defendants.

  **IT IS ORDERED:**

  Defendant Reyes' motion for an extension of time (Filing No. 23) is granted.  The defendants are given until **on or before November 17, 2014,** in which to file pretrial motions pursuant to the progression order.  The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial.  The additional **time** arising as a result of the granting of the motions, i.e., the time between **October 16, 2014, and November 17, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case.  The failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(A) & (B).

  DATED this 16th day of October, 2014.

                        BY THE COURT:

                          s/ Thomas D. Thalken
                          United States Magistrate Judge