IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:14CR287 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSE ANGEL REYES and | ) | |
| CHELSEY SKEAHAN, | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on the motions for an extension of time by defendant Chelsey Skeahan (Skeahan) (Filing No. 26). Skeahan seeks an additional two weeks in which to file pretrial motions in accordance with the progression order. Skeahan's counsel represents that government's counsel has not objection to the motion. Upon consideration, the motion will be granted and the pretrial motion deadline will be extended as to both defendants.

    **IT IS ORDERED:**

    Defendant Skeahan's motion for an extension of time (Filing No. 26) is granted. The defendants are given until **on or before December 1, 2014,** in which to file pretrial motions pursuant to the progression order. The ends of justice have been served by granting such motions and outweigh the interests of the public and the defendants in a speedy trial. The additional **time** arising as a result of the granting of the motions, i.e., the time between **November 14, 2014, and December 1, 2014**, shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

    DATED this 14th day of November, 2014.

                                                                 BY THE COURT:

                                                                 s/ Thomas D. Thalken
                                                                 United States Magistrate Judge