# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:14CR287 |
| vs. | ) | ORDER |
| JOSE ANGEL REYES and CHELSEY SKEAHAN, | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Jose Angel Reyes (Reyes) to withdraw his motion to suppress and cancel the suppression hearing scheduled for February 12, 2015 (Filing No. 44). The motion is granted. The motion to suppress (Filing No. 29) is termed on the docket. The suppression hearing scheduled for February 12, 2015, is canceled.

**IT IS SO ORDERED.**

DATED this 11th day of February, 2015.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge